UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| STANLEY K. IVEY, | : | Case No. 1:13-cv-914 |
| Petitioner, | : : | Judge Timothy S. Black |
| vs. | : : | Magistrate Judge Karen L. Litkovitz |
| WARDEN, HOCKING CORRECTIONAL FACILITY, | : : : | |
| Respondent. | : | |

### DECISION AND ENTRY
### ADOPTING THE REPORT AND RECOMMENDATIONS
### OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 22)

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and, on February 23, 2015, submitted a Report and Recommendations. (Doc. 22). Neither party filed objections.

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby **ADOPTED** in its entirety. Accordingly, for the foregoing reasons:

Respondent's renewed motion to dismiss (Doc. 18) is **DENIED**.

**IT IS SO ORDERED.**

Date: 3/16/15

_____
Timothy S. Black
United States District Judge