UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| STANLEY K. IVEY, | : | Case No. 1:13-cv-914 |
| | : | |
| Petitioner, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| | : | |
| WARDEN, HOCKING | : | |
| CORRECTIONAL FACILITY, | : | |
| | : | |
| Respondent. | : | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATIONS
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 28)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and, on May 7, 2015, submitted a Report and Recommendations.  (Doc. 28).  Neither party filed objections.[1]

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter.  Upon consideration of the foregoing, the Court does

---

[1] On June 3, 2015, Petitioner moved for a 90-day extension of time to reply to the Report and Recommendations.  (Doc. 29).  The Court granted Petitioner's request in part, giving Petitioner up to and including July 23, 2015, to: "(1) file any objections he has to the Order and Report and Recommendations (Doc. 28); and/or (2) file a reply brief responding to the return of writ filed by Respondent on March 31, 2015 (Doc. 25) or file a written pleading requesting withdrawal of his petition for exhaustion purposes." (*See* June 8, 2015 Notation Order).  To date, the Court has not received any further filings from Petitioner.

2

determine that such Report and Recommendations should be and is hereby **ADOPTED** in its entirety. Accordingly, for the foregoing reasons:

Petitioner's motion for stay and abeyance (Doc. 24) is **DENIED**.

**IT IS SO ORDERED**.


Date: 8/25/2015                    _/s/Timothy S. Black_____
                                    Timothy S. Black
                                    United States District Judge